# In the United States Court of Federal Claims

No. 04-1307C
Filed November 22, 2004

| | |
|---|---|
| ARVIN INVESTMENT GROUP, A CALIFORNIA LIMITED PARTNERSHIP, | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

Defendant's unopposed motion for enlargement of time, filed on November 19, 2004, is **GRANTED.** Accordingly, defendant has until January 3, 2005 within which to respond to plaintiff's complaint.

**IT IS SO ORDERED.**

s/SUSAN G. BRADEN
Judge