# In the United States Court of Federal Claims

No. 04-1307C
Filed February 28, 2005

| | |
|---|---|
| ************************************ | |
| | * |
| ARVIN INVESTMENT GROUP, | * |
| A CALIFORNIA LIMITED | * |
| PARTNERSHIP, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

A telephone status conference will be held on March 8, 2005, at 3:00 p.m. EST.

**IT IS SO ORDERED.**

**s/SUSAN G. BRADEN**
**Judge**